# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIGHID BAUER, | : | No. 3:18cv779 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| LACKAWANNA COUNTY d/b/a | : | |
| LACKAWANNA COUNTY | : | |
| SHERIFF'S DEPARTMENT AND | : | |
| DEPUTY CHAS VALENZA in his | : | |
| individual capacity | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 9th day of January 2019, it is hereby **ORDERED** as follows:

1) Defendants' motion to dismiss counts 2 and 3 against Lackawanna County (Doc. 9) is **DENIED**;

2) Defendants' motion for a more definite statement (Doc. 9) is **DENIED**;

3) Defendant Valenza—in his official capacity—is **DISMISSED** from this case;

4) The plaintiff's prayer for injunctive relief is **DISMISSED**; and

5) The plaintiff's excessive force claim against Defendant Valenza under Pennsylvania state law is **DISMISSED**.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**